# Minutes

| | |
|---|---|
| Time Set: | 4:00 pm |
| Start Time: | 4:04 pm |
| End Time: | 4:18 pm |

| | | |
|---|---|---|
| In Re: M/V Thetis | Civil Case Number: | 2:12ms193 |
| | Date: | Nov. 30, 2012 |
| | Presiding Judge: | Lawrence R. Leonard |
| | Court Reporter | FTR |
| | Courtroom Deputy: | Lisa Woodcock |
| | Interpreter: | Maria Spanos (Sworn) |

Proceedings:

The matter came before the Court on an Emergency Motion to Release Material Witness Vasileios Kanatsoulis. Joseph Kosky, AUSA, appeared on behalf of the Govt. Bruce Pasfield and Patrick Brogan appeared on behalf of Mr. Kanatsoulis. Mr. Kanatsoulis present with Greek Interpreter Maria Spanos.

Argument by counsel. Comments of the Court. Mr. Kanatsoulis released on $5,000 unsecured bond and allowed to return to Greece, but still under the terms of the warrant. He is to surrender his Master's License, but receive his passport back. The restriction not to leave EDVA is lifted. The Court will not set a return date.

Court in recess.